**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| | **:** | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | **:** | |
| **PREMPRO PRODUCTS LIABILITY** | **:** | |
| **LITIGATION** | **:** | **All Cases in Exhibit A** |

## ORDER

The Joint Motion to Dismiss Certain Defendants pending in the cases listed in Exhibit A are GRANTED. Accordingly, American College of Physicians, the National Committee for Quality Assurance and the American College of Gynecologists and Obstetricians are DISMISSED.

IT IS SO ORDERED this16th day of January, 2009.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

4:08-cv-03717-WRW Conner et al v. American Home Products Corporation et al

4:08-cv-03718-WRW Cook v. American Home Products Corporation et al

4:08-cv-03719-WRW Cook v. American Home Products Corporation et al

4:08-cv-03720-WRW Cook v. American Home Products Corporation et al

4:08-cv-03722-WRW Copley et al v. American Home Products Corporation et al

4:08-cv-03723-WRW Cornell v. American Home Products Corporation et al

4:08-cv-03724-WRW Coulter v. American Home Products Corporation et al

4:08-cv-03725-WRW Counts v. American Home Products Corporation et al

4:08-cv-03726-WRW Crance et al v. American Home Products Corporation et al

4:08-cv-03727-WRW Cremeans et al v. American Home Products Corporation et al

4:08-cv-03728-WRW Cumbridge v. American Home Products Corporation et al

4:08-cv-03729-WRW Curry v. American Home Products Corporation et al

4:08-cv-03732-WRW Day v. American Home Products Corporation et al

4:08-cv-03734-WRW Deknight v. American Home Products Corporation et al

4:08-cv-03735-WRW Delp et al v. American Home Products Corporation et al

4:08-cv-03736-WRW Dennison et al v. American Home Products Corporation et al

4:08-cv-03737-WRW Deskins et al v. American Home Products Corporation et al

4:08-cv-03738-WRW Deskins et al v. American Home Products Corporation et al

4:08-cv-03739-WRW Dienes et al v. American Home Products Corporation et al

4:08-cv-03740-WRW Dingess et al v. American Home Products Corporation et al

4:08-cv-03741-WRW Doczi et al v. American Home Products Corporation et al

4:08-cv-03742-WRW Dotson et al v. American Home Products Corporation et al

4:08-cv-03743-WRW Douglas et al v. American Home Products Corporation et al

4:08-cv-03744-WRW Duffield et al v. American Home Products Corporation et al

4:08-cv-03745-WRW Duffey v. American Home Products Corporation et al

4:08-cv-03746-WRW Eads v. American Home Products Corporation et al

4:08-cv-03747-WRW Durham et al v. American Home Products Corporation et al

4:08-cv-03748-WRW Earl v. American Home Products Corporation et al

4:08-cv-03750-WRW Edwards v. American Home Products Corporation et al

4:08-cv-03753-WRW Enrietti et al v. American Home Products Corporation et al

4:08-cv-03754-WRW Farris et al v. American Home Products Corporation et al

4:08-cv-03755-WRW Fauber et al v. American Home Products Corporation et al

4:08-cv-03757-WRW Evans v. American Home Products Corporation et al

4:08-cv-03759-WRW Fisher v. American Home Products Corporation et al

4:08-cv-03761-WRW Fisher et al v. American Home Products Corporation et al

4:08-cv-03762-WRW Fisher v. American Home Products Corporation et al

4:08-cv-03763-WRW Fleming v. American Home Products Corporation et al

4:08-cv-03764-WRW Forbes v. American Home Products Corporation et al

4:08-cv-03767-WRW Frye et al v. American Home Products Corporation et al

4:08-cv-03768-WRW Furman et al v. American Home Products Corporation et al

4:08-cv-03769-WRW Gandee v. American Home Products Corporation et al

4:08-cv-03770-WRW Garrison v. American Home Products Corporation et al

4:08-cv-03771-WRW Gibbs et al v. American Home Products Corporation et al

4:08-cv-03772-WRW Ginn et al v. American Home Products Corporation et al

4:08-cv-03773-WRW Gill v. American Home Products Corporation et al

4:08-cv-03775-WRW Godwin et al v. American Home Products Corporation et al

4:08-cv-03777-WRW Goodman et al v. American Home Products Corporation et al

4:08-cv-03778-WRW Gould et al v. American Home Products Corporation et al

4:08-cv-03780-WRW Graham v. American Home Products Corporation et al

4:08-cv-03781-WRW Granato et al v. American Home Products Corporation et al

4:08-cv-03782-WRW Gray et al v. American Home Products Corporation et al

4:08-cv-03783-WRW Green et al v. American Home Products Corporation et al

4:08-cv-03784-WRW Green et al v. American Home Products Corporation et al

4:08-cv-03785-WRW Green et al v. American Home Products Corporation et al

4:08-cv-03786-WRW Grim et al v. American Home Products Corporation et al

4:08-cv-03787-WRW Haga et al v. American Home Products Corporation et al

4:08-cv-03789-WRW Hager v. American Home Products Corporation et al

4:08-cv-03793-WRW Hamon et al v. American Home Products Corporation et al

4:08-cv-03794-WRW Hardy v. American Home Products Corporation et al

4:08-cv-03797-WRW Harman et al v. American Home Products Corporation et al

4:08-cv-03798-WRW Harper v. American Home Products Corporation et al

4:08-cv-03799-WRW Harris v. American Home Products Corporation et al

4:08-cv-03800-WRW Harford v. American Home Products Corporation et al

4:08-cv-03801-WRW Hartley et al v. American Home Products Corporation et al

4:08-cv-03804-WRW Hayden et al v. American Home Products Corporation et al

4:08-cv-03805-WRW Haynes et al v. American Home Products Corporation et al

4:08-cv-03806-WRW Henrich v. American Home Products Corporation et al

4:08-cv-03807-WRW Henson et al v. American Home Products Corporation et al

4:08-cv-03918-WRW Samples v. American Home Products Corporation et al

4:08-cv-03927-WRW Scarbro et al v. American Home Products Corporation et al

4:08-cv-03928-WRW Schmidt et al v. American Home Products Corporation et al

4:08-cv-03929-WRW Schagat et al v. American Home Products Corporation et al

4:08-cv-03930-WRW Schaffer et al v. American Home Products Corporation et al

4:08-cv-03931-WRW Schultz et al v. American Home Products Corporation et al

4:08-cv-03932-WRW Scott et al v. American Home Products Corporation et al

4:08-cv-03933-WRW Seabolt et al v. American Home Products Corporation et al

4:08-cv-03934-WRW Sexton et al v. American Home Products Corporation et al

4:08-cv-03935-WRW Shaffer et al v. American Home Products Corporation et al

4:08-cv-03936-WRW Shamblin et al v. American Home Products Corporation et al

4:08-cv-03937-WRW Shiels v. American Home Products Corporation et al

4:08-cv-03939-WRW Shumar v. American Home Products Corporation et al

4:08-cv-03940-WRW Siders et al v. American Home Products Corporation et al

4:08-cv-03942-WRW Simpson et al v. American Home Products Corporation et al

4:08-cv-03944-WRW Smith et al v. American Home Products Corporation et al

4:08-cv-03945-WRW Smith v. American Home Products Corporation et al

4:08-cv-03947-WRW Sloan et al v. American Home Products Corporation et al

4:08-cv-03948-WRW Skaggs v. American Home Products Corporation et al

4:08-cv-03949-WRW Smith v. American Home Products Corporation et al

4:08-cv-03950-WRW Spainhour et al v. American Home Products Corporation et al

4:08-cv-03951-WRW Smith et al v. American Home Products Corporation et al

4:08-cv-03952-WRW Stamper et al v. American Home Products Corporation et al

4:08-cv-03955-WRW Stanley v. American Home Products Corporation et al

4:08-cv-03957-WRW Starr v. American Home Products Corporation et al

4:08-cv-03958-WRW Steele et al v. American Home Products Corporation et al

4:08-cv-03959-WRW Steen et al v. American Home Products Corporation et al

4:08-cv-03961-WRW Stroehman et al v. American Home Products Corporation et al

4:08-cv-03964-WRW Stowers et al v. American Home Products Corporation et al

4:08-cv-03966-WRW Summerville v. American Home Products Corporation et al

4:08-cv-03968-WRW Sutphin v. American Home Products Corporation et al

4:08-cv-03970-WRW Sweeney et al v. American Home Products Corporation et al

4:08-cv-03972-WRW Taisacan v. American Home Products Corporation et al

4:08-cv-03974-WRW Talbert v. American Home Products Corporation et al

4:08-cv-03976-WRW Taylor v. American Home Products Corporation et al

4:08-cv-03978-WRW Taylor v. American Home Products Corporation et al

4:08-cv-03980-WRW Taylor v. American Home Products Corporation et al

4:08-cv-03984-WRW Tenney et al v. American Home Products Corporation et al

4:08-cv-03986-WRW Thomas et al v. American Home Products Corporation et al

4:08-cv-03990-WRW Thompson et al v. American Home Products Corporation et al

4:08-cv-03992-WRW Thompson et al v. American Home Products Corporation et al

4:08-cv-03994-WRW Traeger v. American Home Products Corporation et al

4:08-cv-03995-WRW Tooley et al v. American Home Products Corporation et al

4:08-cv-03996-WRW Murphy v. American Home Products Corporation et al

4:08-cv-04000-WRW Tomblin v. American Home Products Corporation et al

4:08-cv-04003-WRW Tilson et al v. American Home Products Corporation et al

4:08-cv-04005-WRW Tilley et al v. American Home Products Corporation et al

4:08-cv-04007-WRW Tickle v. American Home Products Corporation et al

4:08-cv-04008-WRW Turley et al v. American Home Products Corporation et al

4:08-cv-04009-WRW Upton et al v. American Home Products Corporation et al

4:08-cv-04013-WRW Tuttle v. American Home Products Corporation et al

4:08-cv-04015-WRW Tucker et al v. American Home Products Corporation et al

4:08-cv-04017-WRW Utt et al v. American Home Products Corporation et al

4:08-cv-04019-WRW Truman et al v. American Home Products Corporation et al

4:08-cv-04024-WRW Vance et al v. American Home Products Corporation et al

4:08-cv-04025-WRW Vice et al v. American Home Products Corporation et al

4:08-cv-04027-WRW Walker et al v. American Home Products Corporation et al

4:08-cv-04028-WRW Wallace et al v. American Home Products Corporation et al

4:08-cv-04030-WRW Walker et al v. American Home Products Corporation et al

4:08-cv-04033-WRW Waller v. American Home Products Corporation et al

4:08-cv-04038-WRW Ward et al v. American Home Products Corporation et al

4:08-cv-04041-WRW Watt et al v. American Home Products Corporation et al

4:08-cv-04044-WRW Watts et al v. American Home Products Corporation et al

4:08-cv-04046-WRW Weaver et al v. American Home Products Corporation et al

4:08-cv-04049-WRW Weaver et al v. American Home Products Corporation et al

4:08-cv-04050-WRW Weekley v. American Home Products Corporation et al

4:08-cv-04052-WRW Weis et al v. American Home Products Corporation et al

4:08-cv-04055-WRW Westfall v. American Home Products Corporation et al

4:08-cv-04058-WRW Wheeler et al v. American Home Products Corporation et al